# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKKI M. ABSKARON, PETER A. ABSKARON and BARRY WINOGRAD, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>AIR CANADA,<br><br>     Defendant. | Civil Action No.: 7-20-cv-11037 (PMH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Barry Winograd and Defendant Air Canada (collectively, the "Parties"), through their respective counsel of record, as follows:

1. The above-captioned action hereby be dismissed with prejudice;

2. The preliminary injunction be dissolved, including any obligations of the parties thereunder;

3. No party or counsel shall seek an award of attorneys' fees or costs incurred in this action from the Court; and

4. Any and all deadlines and hearings scheduled in this matter be vacated.

Dated : December 3, 2021

| | |
|---|---|
| **FEINSTEIN DOYLE PAYNE**<br> **& KRAVEC, LLC** | **HOLLAND & KNIGHT** |
| By: _s/Joseph N. Kravec, Jr._<br>   Joseph N. Kravec, Jr.<br>29 Broadway, 24th Floor<br>New York, NY 10006-3205<br>Telephone: (212) 952-0014<br>Email: jkravec@fdpklaw.com | By: _s/Sarah G. Passeri_<br>   Sarah G. Passeri<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (215) 513-3563<br>Facsimile: (201) 604-8400<br>Email: sarah.passeri@hklaw.com |

1

and

429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007

*Attorneys for Air Canada*

**VOZZOLO LLC**

By: *s/Antonio Vozzolo*
    Antonio Vozzolo
345 Route 17 South
Upper Saddle River, New Jersey 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
avozzolo@vozzolo.com

**SO ORDERED**
on  December    ,   3   , 2021

_____
HON. PHILIP M. HALPERN, U.S.D.J.

2